**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         Marcy Lerch v. Wilmington Trust NA Successor Trustee for
                             the Merrill Lynch Mortgage Investor Trust Series 2006-HE5

Appellate case number:       01-15-00505-CV

Trial court case number:     15-CCV-054652

Trial court:                 County Court at Law No. 1 of Fort Bend County

On June 8, 2015, appellant, Marcy Lerch, filed an affidavit of indigence in this Court in the above-referenced appeal. *See* TEX. R. APP. P. 20.1(a)(2). On June 11, 2015, we referred the affidavit to the trial clerk to be filed. *See id.* at 20.1(c)(1), (d), 25.1(a). On June 22, 2015, the trial clerk filed an indigent clerk's record in this Court with a cover letter stating that ten days had passed and no contest to the affidavit was filed in the trial court. *See id.* at 20.1(e). Also on June 22, 2015, the court reporter filed an information sheet in this Court requesting more time to file the reporter's record because the trial court had not yet ruled on the appellant's affidavit of indigence.

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that she is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

It is further **ORDERED** that the trial clerk and court reporter file with this Court, within **30 days** of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a) and a reporter's record containing the items specified in Texas Rule of Appellate Procedure 34.6(a). *See* TEX. R. APP. P. 20.1(k).

It is so ORDERED.

Judge's signature:    /s/ Justice Higley
                      X  Acting individually                    ☐ Acting for the Court
Date: June 30, 2015